UNITED STATES DISTRICT COURT   FILED
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION        2014 MAY 15 PM 2:30

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | CRIMINAL NO. _____ |
| | § | BY_____ DEPUTY |
| Plaintiff. | § | A14 CR0160 SS |
| | § | I N F O R M A T I O N |
| v. | § | |
| | § | |
| FILIPP LEONIDOVICH ZLATKIN, | § | [Vio:  18 U.S.C. §§ 2252A(a)(5)(B) & |
| | § | (b)(2) – Possession of Child Pornography] |
| Defendant. | § | |

THE UNITED STATES ATTORNEY CHARGES:

## COUNT ONE
### Possession of Child Pornography
[18 U.S.C. §§ 2252A(a)(5)(B) & (b)(2)]

From at least as early as January 2013 and continuing until in or about July 2013, in the Western District of Texas and elsewhere, the Defendant,

**FILIPP LEONIDOVICH ZLATKIN**

did knowingly possess material, namely, a Yahoo! email account associated with the username "joe.joe429," which contained child pornography that had been mailed and had been shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that had been mailed and that had been shipped and transported in interstate commerce and foreign commerce, including by computer.

1.    The child pornography consisted of one or more visual depictions of sexually explicit conduct, to wit:  genital-genital, oral-genital, anal-genital, and oral-anal sexual intercourse; masturbation; bestiality; sadistic and masochistic abuse; and the lascivious

exhibition of the genitals and pubic area of a person;

2.      The production of each visual depiction involved the use of one or more minors engaging in sexually explicit conduct;

3.      Each visual depiction was a digital image or video of a minor engaging in sexually explicit conduct;

4.      The visual depictions included, but were not limited to, one or more of the following videos of child pornography:

| File Name | Description |
| --- | --- |
| -_22_soy.wmv | Video (approximately 1 minute and 23 seconds long) depicting a female minor engaging in oral-genital sexual intercourse with an adult male. |
| - (3)(1)(1).wmv | Video (approximately 1 minute and 15 seconds long) depicting a female minor engaging in oral-genital sexual intercourse with an adult male. |
| jg29 1q [. . .].avi | Video depicting an adult male engaging in genital-genital sexual intercourse with a female minor whose legs are bound. |
| 6 16 Ha _5 P.wmv | Video (approximately 1 minute long) depicting an adult male engaging in genital-genital sexual intercourse with a female minor. |
| toddler being [. . .] 76878(2)(2).mpg | Video (approximately 7 seconds long) depicting an adult male engaging in anal-genital sexual intercourse with a minor. |
| [. . .] plays with dog.mpg | Video (approximately 15 seconds long) depicting a female minor engaging in bestiality. |

All in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

ROBERT PITMAN
United States Attorney

By:

MATTHEW DEVLIN
Assistant United States Attorney